# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1585

_____

| | | |
|---|---|---|
| Kenny Franklin Edmonson, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Missouri. |
| Paul Orin Johnson; Gary Fuller; | * | |
| William H. Barbour, Jr; Sarrett | * | [UNPUBLISHED] |
| Investments; Matt Ishee; Jerry | * | |
| Sarrett; Giles Wood Bond, Jr.; | * | |
| Alford G. Nichols, Jr.; Don Grant; | * | |
| Bruce Johnson; Rogers Dabbs | * | |
| Chevrolet, also known as Hummer, | * | |
| Inc.; Robert A. Kay; Cingular | * | |
| Wireless; Robert Taylor; State | * | |
| Bank & Trust Company; City of | * | |
| Brandon; Edward Peters; State of | * | |
| Mississippi; Larry Dyke; Anthony J. | * | |
| Buckley; Ross Barnett, Jr,; Tommy | * | |
| Mayfield; David Ruth; Board of | * | |
| Supervisors, Jones County; Stuart | * | |
| Robinson; Michael Guess; Board of | * | |
| Supervisors, Rankin County; Michael | * | |
| Robinson; Board of Supervisors, Yazoo | * | |
| County; James Williams; Richard D. | * | |
| Nash; Board of Supervisors, Hinds | * | |
| County; Charlie Foreman; SRT Towing; | * | |
| Laurel Leader Call Newspaper; Brian | * | |
| Livingston; Edgar Lampley; James | * | |
| Finley; Laurelwood Apartments; Furr | * | |
| Smith & Associates; Charles M. | * | |
| McCollum; Ronnie Pennington; | * | |

David B. Clark; The Mississippi Bar;           *
Sarrett Realty; Malcolm McMillian;            *
Beverly Sarrett; Geneva Johnson;              *
David Lyons; Martin Beech; Bobby             *
DeLaughter; Gary Johnston; Johnston          *
Auto Sales; Ronald Broom; City of             *
Laurel; Others Unknown to the                 *
Plaintiff,                                    *
                                              *
                Appellees.                    *
                        _____

                   Submitted: May 25, 2007
                    Filed: May 29, 2007
                        _____

Before COLLOTON, BEAM, and BENTON, Circuit Judges.
                        _____

PER CURIAM.

        Kenny Edmonson, currently serving supervised release on a federal conviction, appeals the district court's[1] preservice dismissal without prejudice of his action brought under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 1964(a). We affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

                        _____

        [1]The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.